UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JASMINE PAUL SANCHEZ,<br><br>   Plaintiff,<br><br>v.<br><br>R. SAUCEDO, *et al.*,<br><br>   Defendants. | Case No. 3:22-CV-00141-ART-CLB<br><br>**ORDER GRANTING MOTION TO EXCLUDE CASE FROM INMATE EARLY MEDIATION**<br><br>**[ECF NO. 11]** |

Currently pending before the Court is Defendants' motion to exclude this case from the Court's Inmate Early Mediation program. (ECF No. 11.) Defendants request the case be excluded from the mediation program because "recent mediations" with Plaintiff have not been productive and they do not believe that a meditation in this case is necessary. (*Id*.) Plaintiff opposed the motion. (ECF No. 13.) The opposition, however, does not explain why the mediation should proceed. Rather, Plaintiff merely claims that Defendant is "purposefully not trying to resolve this case." (*Id*.) No reply was filed.

Plaintiff, Jasmine Paul Sanchez - Inmate #1148512, is a frequent litigator in this Court. Plaintiff currently has several open cases pending before this Court. Since 2018, Plaintiff has filed 28 civil rights actions. Plaintiff has attended multiple inmate mediations in civil rights cases which have proved both unproductive and unsuccessful. (*See* 3:18-cv-475-MMD-WGC; 3:21-cv-331-MMD-CLB; 3:21-cv-362-ART-CSD; 3:21-cv-408-MMD-CLB).

Having reviewed the motion and this case, the Court agrees with Defendants that an early mediation would not be productive. Therefore, Defendant's motion to exclude this case from the inmate early mediation program, (ECF No. 11), is **GRANTED**.

The Court orders that this case will be excluded from the inmate mediation program to preserve the Court's limited resources and that the mediation currently set for October 25, 2022 be vacated. An order granting *in forma pauperis* shall issue and this case shall proceed on the normal litigation track. The parties are free to privately discuss settlement if they so choose.

**IT IS SO ORDERED.**

**DATED**: September 21, 2022

**UNITED STATES MAGISTRATE JUDGE**