# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

* * *

| | |
|---|---|
| JASMINE PAUL SANCHEZ, | Case No. 3:22-CV-00141-ART-CLB |
| Plaintiff, | **ORDER TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| R. SAUCEDO, *et. al.*, | |
| Defendants. | |

On June 21, 2023, Defendant filed a motion for summary judgment. (ECF No. 28.) Plaintiff was given notice of the motion pursuant to the requirements of *Klingele v. Eikenberry*, 849 F.2d 409 (9th Cir. 1988), and *Rand v. Rowland*, 154 F.3d 952 (9th Cir. 1998) (ECF No. 32). To date, Plaintiff has failed to file an opposition.

The Court will *sua sponte* grant Plaintiff **one** extension of time to **August 14, 2023**, to file an opposition to the motion for summary judgment. No further extensions of time shall be granted. If Plaintiff fails to file an opposition, the motion will be submitted to the court for decision.

**IT IS SO ORDERED.**

**DATED**:  July 14, 2023.

_____
**UNITED STATES MAGISTRATE JUDGE**