UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JASMINE PAUL SANCHEZ,<br><br>　　　　　　　　　Plaintiff,<br>　v.<br>R. SAUCEDO, *et al.*,<br><br>　　　　　　　　　Defendants. | Case No. 3:22-cv-00141-ART-CLB<br><br>ORDER |

*Pro se* Plaintiff Jasmine Paul Sanchez brings this action under 42 U.S.C. § 1983. Before the Court is the Report and Recommendation ("R&R" or "Recommendation") of United States Magistrate Judge Carla Baldwin (ECF No. 35), recommending the Court grant Defendants' Motion for Summary Judgment (ECF No. 28). To date, Plaintiff has not filed any objection to the Report and Recommendation. However, in light of Plaintiff's mail being returned as refused, the Court will grant Plaintiff an extension to respond to the Report and Recommendation.

It is ordered that a final decision on Judge Baldwin's Report and Recommendation (ECF No. 28) is deferred to allow Plaintiff an additional opportunity to file an objection if desired.

It is further ordered that Plaintiff has until November 10, 2023 to file any objections to Judge Baldwin's Report and Recommendation.

///
///
///
///
///

DATED THIS 17th Day of October 2023.

_____
ANNE R. TRAUM
UNITED STATES DISTRICT JUDGE